UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANCISCO ORTIZ TRUJILLO,

          Plaintiff,

    -against-

MASTERPIECE CATEREST CORP. and GIETO
NICAJ, Individually,

          Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/16/2026____

26 Civ. 2611 (AT)

**ORDER**

ANALISA TORRES District Judge:

On April 12, 2026, the Court ordered the parties to file a joint letter and proposed case management plan by June 8, 2026.  *See* ECF No. 12.  Those submissions are now overdue.  Accordingly, by **July 16, 2026**, the parties shall submit their joint letter and proposed case management plan.

    SO ORDERED.

Dated: June 16, 2026
      New York, New York

_____
ANALISA TORRES
United States District Judge